| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Sheri L. Wooddell |
| Debtor 2 (Spouse, if filing) | Richard C. Smola |
| United States Bankruptcy Court for the: | Northern District of Ohio |
| Case number | 18-17177 |

Official Form 410S1

# Notice of Mortgage Payment Change      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 2 3 2 6

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/04/2020

**New total payment:**
Principal, interest, and escrow, if any: $ 375.68

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 29.85     New escrow payment: $ 0.00

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Sheri L. Wooddell | Case number (if known) 18-17177 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
Signature

Date 5/14/2020

Print: Molly Slutsky Simons
   First Name   Middle Name   Last Name

Title Attorney for Creditor

Company Sottile & Barile, Attorneys at Law

Address 394 Wards Corner Road, Suite 180
   Number    Street

Loveland            OH    45140
City              State   ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com

# FCI Lender Services, Inc.

*Loan Servicing • Specialty Servicing • Default*

Phone: 800-931-2424   Fax: 714-282-5775

**ESCROW TERMINATION NOTIFICATION**                                04/10/2020

Residential Credit Opportunities Trust V-E
3020 Old Ranch Parkway, Ste 180
SEAL BEACH, CA 90740

Re Borrower Name: SHERI L WOODDELL
Loan Number:
Property: 541 METCALF RD, ELYRIA, OH 44035

**Dear Residential Credit Opportunities Trust V-E:**

The above loan account has an impound/escrow account for payment of Lender Force Placed Insurance. Please be advised that FCI Lender Services Inc. has made the decision to terminate the escrow account. Effective immediately, the above referenced loan payment will no longer include a portion to be allocated for Lender Force Placed Insurance.

The termination of the escrow account on the subject mortgage loan will mean that the consumer is now responsible for paying all real estate related Insurance premium(s) directly to their insurance carrier or agent for any and all required insurance as it pertains to the property. The consumer is also responsible for paying any tax installments, including any prior tax delinquency, if applicable, to any and all taxing authorities associated with said property.

In the future, if lender choses to obtain and place a Lender Force Placed policy, upon proof lender complied with CFPB requirements and evidence lender has paid the policy in full, a charge will be added to the consumer's loan for reimbursement to lender for their advance.

If you should have any questions regarding the termination of the escrow account on the above referenced loan, please contact our Escrow Department.

Thank you,

FCI Lender Services, Inc.
Customer Care Department
800-931-2424 x. 650

1 Page Total
ESCROW TERMINATION - 20140818
FCI Lender Services, Inc. • PO BOX 28720 • Anaheim • CA 92809-0112• NMLS#4920 • DRE # 01022780 • www.trustfci.com
18-17177-aih    Doc    FILED 05/14/20    ENTERED 05/14/20 10:35:32    Page 3 of 5

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 18-17177-aih |
| Sheri L. Wooddell<br>Richard C. Smola | Chapter 13 |
| Debtors. | Judge Arthur I. Harris |

## CERTIFICATE OF SERVICE

I certify that on May 14, 2020, a true and correct copy of this Notice of Mortgage Payment Change was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Melissa L. Resar, Debtors' Counsel
    mresar@ohiolegalclinic.com

    Alexander V. Sarady, Debtors' Counsel
    asarady@ohiolegalclinic.com

    Lauren A. Helbling, Trustee
    ch13trustee@ch13cleve.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Sheri L. Wooddell, Debtor
    541 Metcalf Road
    Elyria, OH 44035

    Richard C. Smola, Debtor
    541 Metcalf Road
    Elyria, OH 44035

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor